STATE OF NEW JERSEY IN THE INTEREST OF D. S.

June 12, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID NICHOLAS.

June 12, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN HLUCHAN.

June 12, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. LINDA JUSTICE.

June 12, 1980.

Petition for certification denied.